# ELECTRONIC RECORD

COA # 02-13-00071-CR          OFFENSE: 29.03

STYLE: Jeremy Deshon Hopkins v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: 396th District Court

DATE: 09/25/14          Publish: NO  TC CASE #: 1247597D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jeremy Deshon Hopkins v. The State of Texas          CCA #: 1438-14

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 12/17/2014          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD